■ RICHARD STAZIO, JR., Appellant, v CITY OF POUGHKEEPSIE, Respondent. [596 NYS2d 695] —In action to recover damages for personal injuries, the plaintiff appeals from a judgment of the Supreme Court, Dutchess County (Jiudice, J.), dated October 4, 1990, which, upon an order granting the defendant's motion to dismiss the complaint, dismissed the complaint. The

plaintiff's notice of appeal from an order dated September 25, 1990, is deemed a premature notice of appeal from the judgment (CPLR 5520 [c]).

Ordered that the judgment is affirmed, with costs.

Since the plaintiff failed to file a note of issue within 90 days following the defendant's demand, failed to move for an extension of time pursuant to CPLR 2004, and failed to demonstrate a justifiable excuse for his delay or a good and meritorious cause of action, the court did not err in granting the defendant's motion to dismiss the complaint for failure to prosecute *(see,* CPLR 3216; *Carte v Segall,* 134 AD2d 397). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.